United States District Court
Southern District of Ohio
Western Division

United States of America,
    Plaintiff

vs.                                                1:00cv290

WILLIAM BOLES,
    Defendant                          **ORDER RELEASING**
                                                  **INDIVIDUAL HELD**

      On 3/2/12, Defendant Boles voluntarily turned himself in on an outstanding warrant for failure to appear for a Judgment Debtor Examination regarding a student loan. The defendant acquiesced to the Judgment Debtor Examination originally sought by the government.

      Any outstanding warrant under this case is QUASHED and this individual is therefore RELEASED.

      IT IS SO ORDERED.


                                            /s/ _Stephanie K. Bowman_
                                            United States Magistrate Judge